RECEIVED
AUG 28 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GWYNNE E. JUDGE | CIVIL ACTION NO. 2:13-CV-753 |
| VS. | SECTION P |
| | JUDGE TRIMBLE |
| WARDEN, FCI OAKDALE | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that the third and fourth claims for relief be **DISMISSED WITHOUT PREJUDICE** to petitioner's right to pursue these claims in the companion case of 2:13-CV-754.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 28th day of August, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE