**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/22/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GWYNNE E. JUDGE | CIVIl ACTION NO: 2:13-cv-0753 |
| VERSUS | SECTION P |
| WARDEN, FCI OAKDALE | JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Local Rule 41.3.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 22nd day of April, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE